1116

## Johnnie DOBBS v. STATE.
### No. 15483.

Court of Criminal Appeals of Texas.
Jan. 11, 1933.

W. H. Barnes and Thos. R. Bond, both of Terrell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

Selling intoxicating liquor is the offense; punishment assessed at confinement in the penitentiary for one year.

An affidavit in due form has been filed in this court showing that the appellant, since perfecting his appeal, has died.

The appeal is abated.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Ed GALLAGHER v. STATE.
### No. 15828.

Court of Criminal Appeals of Texas.
Feb. 8, 1933.

Jno. A. Cook, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being assessed at two years' confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception.

The proceedings appear to be regular, except that we note in passing sentence upon appellant the court directed that he be confined in the penitentiary for two years. The sentence is reformed in order to give appellant the benefit of the Indeterminate Sentence Law, and his imprisonment is directed to be for not less than one nor more than two years. Article 775, C. C. P., as amended by Acts 1931, c. 207, § 1 (Vernon's Ann. C. C. P. art. 775).

As thus reformed, the judgment is affirmed.

## Ed GALLAGHER v. STATE.
### No. 15829.

Court of Criminal Appeals of Texas.
Feb. 8, 1933.

Jno. A. Cook, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. Appellant pleaded guilty. The indictment, the charge of the court, the judgment, and sentence appear regular.

The judgment will be affirmed.